# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JED RUDD,** on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNION HOME MORTGAGE CORP.,**<br><br>　　　　　　　Defendant. | Case No. 1:25-cv-01874<br><br>Judge Solomon Oliver, Jr. |
| **DOMINIC BROWN,** on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNION HOME MORTGAGE CORP,**<br><br>　　　　　　　Defendant. | Case No. 1:25-cv-01920<br><br>Judge Patricia A. Gaughan |

### PLAINTIFFS' MOTION TO CONSOLIDATE
### AND APPOINT INTERIM CLASS COUNSEL

Pursuant to Rules 42 and 23(g) (3) of the Federal Rules of Civil Procedure, Plaintiffs Jed Rudd and Dominic Brown ("Plaintiffs"), respectfully request (1) that the above-captioned proposed class actions (the "Related Actions")[1] filed by Plaintiffs on September 8 and 9, 2025, be consolidated into *Rudd v. Union Home Mortgage Corp.*, No. 1:25-cv-1874 ("*Rudd*"), and (2) that Terence R. Coates of Markovits, Stock & DeMarco, LLC, be appointed Interim Class Counsel for

---

[1] *Rudd v. Union Home Mortgage Corp.*, No. 1:25-cv-1874 (filed Sept. 8, 2025); *Brown v. Union Home Mortgage Corp.*, No. 1:25-cv-1920 (filed Sept. 9, 2025).

Plaintiffs. Defendant has not yet appeared in this case, and as a result, Plaintiffs have been unable to determine Defendant's position on consolidation and their request for the interim appointment of class counsel.

Dated: September 16, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Terence R. Coates
　　　　　　　　　　　　　　　　　　　　Terence R. Coates (0085579)
　　　　　　　　　　　　　　　　　　　　MARKOVITS, STOCK & DEMARCO, LLC
　　　　　　　　　　　　　　　　　　　　119 East Court Street, Suite 530
　　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　　　Telephone: (513) 651-3700
　　　　　　　　　　　　　　　　　　　　Facsimile: (513) 665-0219
　　　　　　　　　　　　　　　　　　　　tcoates@msdlegal.com

　　　　　　　　　　　　　　　　　　　　*Proposed Interim Class Counsel*

　　　　　　　　　　　　　　　　　　　　Dylan J. Gould (0097954)
　　　　　　　　　　　　　　　　　　　　MARKOVITS, STOCK & DEMARCO, LLC
　　　　　　　　　　　　　　　　　　　　119 East Court Street, Suite 530
　　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　　　Telephone: (513) 651-3700
　　　　　　　　　　　　　　　　　　　　Facsimile: (513) 665-0219
　　　　　　　　　　　　　　　　　　　　dgould@msdlegal.com

　　　　　　　　　　　　　　　　　　　　David K. Lietz*
　　　　　　　　　　　　　　　　　　　　MILBERG COLEMAN BRYSON
　　　　　　　　　　　　　　　　　　　　PHILLIPS GROSSMAN, PLLC
　　　　　　　　　　　　　　　　　　　　5335 Wisconsin Ave., NW, Suite 440
　　　　　　　　　　　　　　　　　　　　Washington, DC 20015
　　　　　　　　　　　　　　　　　　　　Phone: 866.252.0878
　　　　　　　　　　　　　　　　　　　　dlietz@milberg.com

　　　　　　　　　　　　　　　　　　　　Jeff Ostrow*
　　　　　　　　　　　　　　　　　　　　KOPELOWITZ OSTROW P.A.
　　　　　　　　　　　　　　　　　　　　One West Las Olas Boulevard
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　　　　Tel.: (954) 525-4100
　　　　　　　　　　　　　　　　　　　　ostrow@kolawyers.com

　　　　　　　　　　　　　　　　　　　　* Motion for admission *pro hac vice* forthcoming

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, I served the foregoing upon Defendant by mail in accordance with Fed. R. Civ. P. 5(b)(2)(C), as follows:

Union Home Mortgage Corp.
8241 Dow Circle West
Strongsville, Ohio 44136

                                          */s/ Terence R. Coates*
                                          Terence R. Coates (0085579)