# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JED RUDD,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNION HOME MORTGAGE CORP.,**<br><br>Defendant. | Case No. 1:25-cv-01874<br><br>Judge Solomon Oliver, Jr. |
| **DOMINIC BROWN,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNION HOME MORTGAGE CORP,**<br><br>Defendant. | Case No. 1:25-cv-01920<br><br>Judge Patricia A. Gaughan |

**DECLARATION OF TERENCE R. COATES IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL**

I, Terence Coates, hereby declare as follows in accordance with 28 U.S.C. § 1746(2):

 1. I am the managing partner of Markovits, Stock & DeMarco, LLC ("MSD"), the President-Elect of the Cincinnati Bar Association's Board of Trustees, and the Executive Director of the Potter Stewart Inn of Court. I have already spent time and effort spearheading Plaintiffs' efforts to efficiently consolidate this action. In addition to coordinating with the Plaintiffs and other Plaintiffs' counsel, I have reviewed Defendant Union Home Mortgage Corporation's ("UHMC") and others' investigative publications regarding the data incident, reviewed state attorney general

websites for information relating to UHMC's data incident, including attempting to determine the data sets impacted in the data incident and potential number of individuals impacted in the data incident, reviewed plaintiff experience sections of the draft complaints, reviewed recent decisions in data breach class action cases from within the Sixth Circuit.

    2.    I have extensive experience serving as a member of class counsel in over 100 class action cases including many data privacy class actions. Recent representative data privacy class action cases include: *In re Advocate Aurora Health Pixel Litig.*, No. 22-CV-1253 (E.D. Wis.) (co-lead class counsel in a $12.225 million data pixel class action settlement); *Tracy v. Elekta, Inc.*, No. 1:21-cv-02851 (N.D. Ga.) (co-lead class counsel in an $8.9 million data breach class action settlement); *Sherwood v. Horizon Actuarial Servs., LLC*, No. 1:22-cv-1495 (N.D. Ga.) (co-lead counsel in an $8,733,446.36 data breach class action settlement); *Durgan v. U-Haul Int'l Inc.*, No. 2:22-cv-01565 (D. Ariz.) (sole class counsel in a $5,085,000 million data breach class action settlement); *Owens v. U.S. Radiology Specialist, Inc.*, No. 22 CVS 17797 (Mecklenburg Super. Ct., N.C.) (co-lead class counsel in a $5,050,000 data breach class action settlement); *Phillips v. Bay Bridge Administrators, LLC*, No. 23-cv-00022 (W.D. Tex.) (sole class counsel in a $2,516,890 data breach class action settlement). I also recently served as class counsel in *Shy v. Navistar International Corp.*, No. 92-cv-0333-WHR (S.D. Ohio), an over 20-year-old ERISA class action that resulted in a settlement valued at over $742 million, and as a member of special counsel for the for the State of Ohio in *State* of *Ohio ex rel. Dave Yost Ohio Attorney General v. Monsanto*, No. A1801237 (Hamilton C.P., Ohio) ($80 million settlement in 2022) and *State of Ohio ex rel. Dave Yost Ohio Attorney General v. E.I. Du Pont de Nemours & Co.*, No. 18OT32 (Washington C.P., Ohio) ($110 million settlement in 2023; pending on appeal).

    3.    Federal courts consistently recognized me and my firm as experienced in handling

1

class action cases. *Miranda v. Xavier Univ.*, No. 1:20-cv-539, 2023 WL 6443122, at * 8 (S.D. Ohio Oct. 3, 2023 (noting that Terence R. Coates and Markovits, Stock & DeMarco, LLC "have extensive experience handling class action cases and have thoroughly represented the Class's interests in this case"); *Shy v. Navistar Int'l Corp.*, No. 3:92-CV-00333, 2022 WL 2125574, at *4 (S.D. Ohio June 13, 2022) ("Class Counsel, the law firm Markovits, Stock & DeMarco, LLC, are qualified and are known within this District for handling complex cases including class action cases such as this one."); *Bechtel v. Fitness Equip. Servs., LLC*, 339 F.R.D. 462, 480 (S.D. Ohio 2021) ("plaintiffs' attorneys have appeared in this Court many times and have substantial experience litigating class actions and other complex matters"); *Compound Prop. Mgmt. LLC v. Build Realty, Inc.*, 343 F.R.D. 378, 402 (S.D. Ohio 2023) (recognizing Terence R. Coates and his firm as "qualified counsel" with "class-action experience before this Court and elsewhere"); *Schellhorn v. Timios, Inc.*, No. 2:221-cv-08661, 2022 WL 4596582, at *4 (C.D. Cal. May 10, 2022) (noting that Class Counsel, including "Terence R. Coates of Markovits, Stock & DeMarco, LLC, have extensive experience litigating consumer protection class actions"); *Bedont v. Horizon Actuarial Servs., LLC*, No. 1:22-CV-01565, 2022 WL 3702117, at *2 (N.D. Ga. May 12, 2022) (noting that class counsel, including Mr. Coates, "are well qualified to serve as Interim Co-Lead Class Counsel and that they will fairly, adequately, responsibly, and efficiently represent all Plaintiffs in the Cases in that role").

   4.  I have coordinated with the Milberg and Kopelowitz Ostrow law firms in preparing this motion to consolidate and motion to appoint interim class counsel. All Plaintiffs' Counsel have consented to consolidation and to the request to appoint me as Interim Class Counsel. I have worked well with members of Plaintiffs' counsel in many other class action cases. Through the cohesive working relationships I have established with my co-counsel for Plaintiffs in this case, I have been able to gain their and the Plaintiffs' approval to request that I be appointed Interim Class Counsel

2

in this litigation for Plaintiffs. I have already discussed with Plaintiffs' counsel how best to organize to efficiently prosecute and management of this litigation, while avoiding unnecessary and duplicative billing.

5. My firm has not made any agreements with any third parties or other law firms with respect to funding, cost-sharing, pooling clients, fees, or any other matter.

6. MSD does not seek and/or receive any third-party funding in its pursuit of class action cases for its clients. MSD will utilize its own funds to pay any litigation expenses that might accrue in this case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed in Cincinnati, Ohio on September 16, 2025.

*/s/ Terence Coates*
Terence Coates