UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| *In re Union Home Mortgage Corp. Data Breach Litig.* | Case No. 1:25-cv-01874<br><br>Judge Solomon Oliver, Jr. |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael Vatis, Caroline R. Hamilton, and Hannah Laubach, of the law firm Benesch, Friedlander, Coplan & Aronoff LLP, hereby enter their appearance as counsel of record on behalf of Defendant Union Home Mortgage Corp. in the above-captioned matter. It is respectfully requested that service of all further notices, pleadings, and other papers filed with the Court be made upon the undersigned as counsel for said Defendant.

Respectfully submitted,

/s/ Michael Vatis
Laura E. Kogan (0087453)
Caroline R. Hamilton (0100390)
Hannah Laubach (0104600)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
T: 216-363-4500; F: 216-363-4588
Email: lkogan@beneschlaw.com
       chamilton@beneschlaw.com
       hlaubach@beneschlaw.com

        Michael Vatis (NY Bar No. 2258655)
        **BENESCH, FRIEDLANDER, COPLAN**
        **& ARONOFF LLP**
        1155 Avenue of the Americas, 26th Floor
        New York, NY 10036
        Tel: 646-593-7050
        Email: mvatis@beneschlaw.com

        *Counsel for Defendant*
        *Union Home Mortgage Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2025, a copy of the foregoing filing was served on all parties of record via the Court's CM/ECF system.

        */s/ Michael Vatis*

        *One of the attorneys for Defendant*
        *Union Home Mortgage Corp.*