**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| *In Re Union Home Mortgage Corp. Data Breach Litigation* | Case No. 1:25-cv-01874-SO |
| | Hon. Solomon Oliver, Jr. |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ELENA A. BELOV

Under LR 83.5(h), Plaintiff Mason Fink ("Plaintiff") moves this Court to grant leave for attorney Elena A. Belov to appear *pro hac vice* in this action on his behalf. In support of this Motion, the undersigned asserts the following:

1. Elena A. Belov is a Partner of Almeida Law Group LLC, which is located at 157 Columbus Avenue, 4th Floor, New York, New York, 10023. Her business telephone number is (347) 395-1466. Her email address is elena@almeidalawgroup.com.

2. The declaration of Elena A. Belov, which is offered in support of this Motion and contains the specific information required by LR 83.5(h), is attached hereto as Exhibit A.

3. As noted in her Declaration, Elena A. Belov is a member in good standing in all of the courts in which she is admitted. Furthermore, no disciplinary proceedings have been filed or are pending against her, and she has not been disbarred from practice before any court, department, bureau, or commission of any State or the United States. Also, as noted, Elena A. Belov has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any bar.

4. The undersigned is tendering the required filing fee with this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant attorney Elena A. Belov limited admission to appear in this Court, in this particular proceeding, on their behalf.

1

Dated: November 13, 2025                    Respectfully Submitted,


                                            */s/ Elena A. Belov*
                                            Elena A. Belov (NY Bar No. 4080891)
                                            **ALMEIDA LAW GROUP LLC**
                                            157 Columbus Avenue, 4th Floor
                                            New York, NY 10023
                                            Tel: (347) 395-5666
                                            elena@almeidalawgroup.com

                                            Jared W. Connors (Ohio Bar #101451)
                                            **MEYER WILSON WERNING**
                                            305 West Nationwide Blvd.
                                            Columbus, OH 43215
                                            Tel: (614) 224-6000
                                            Fax: (614) 224-6066
                                            jconnors@meyerwilson.com

                                            ***Attorneys for Plaintiff & the Classes***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Elena A. Belov*