# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| *In Re Union Home Mortgage Corp. Data Breach Litigation* | Case No. 1:25-cv-01874-SO <br><br> Hon. Solomon Oliver, Jr. |

## DECLARATION OF ELENA A. BELOV
## IN SUPPROT OF MOTION FOR ADMISSION *PRO HAC VICE*

**I, Elena A. Belov,** declare as follows:

1. I am seeking admission pro hac vice to appear and serve as counsel for Plaintiff Mason Fink in the above-captioned case.

2. I am a Partner in the law firm of Almeida Law Group LLC, which is located at 157 Columbus Avenue, 4th Floor, New York, New York 10023. My business telephone number is (347) 395-1466. My email address is elena@almeidalawgroup.com

3. I am a member in good standing of the Bar of New York. I was admitted on September 23, 2002.

4. I am a member in good standing of the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York. I was admitted to both courts on January 28, 2003.

5. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

6.	No disciplinary proceedings have been filed or are pending against me, and I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.

7.	I have never received any reprimand from any such court, department, bureau or commission pertaining to my conduct or fitness as a member of any bar.

8.	The required filing fee is being tendered with the Motion that is being filed on my behalf for pro hac vice admission in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this the 13th day of November, 2025.

_____
Elena A. Belov
**ALMEIDA LAW GROUP LLC**
157 Columbus Avenue, 4th Floor
New York, NY 10023