# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| *In re Union Home Mortgage Corp. Data Breach Litigation* | ) CASE NO. 1:25-CV-1874<br>)<br>) JUDGE OLIVER<br>)<br>)<br>) **UNION HOME MORTGAGE CORP.'S**<br>) **MOTION TO FILE UNDER SEAL**<br>)<br>) |

Defendant Union Home Mortgage Corp. ("UHM") respectfully requests that the Court grant it leave to file the Expert Report of Adam Hart ("Hart Report") under seal. The Hart Report is Exhibit 2 to UHM's Motion to Dismiss which is being filed contemporaneously herewith.

The Hart Report contains information regarding Plaintiffs, such as their mailing addresses, phone numbers, email addresses, and the last four digits of Social Security numbers. Aside from the full Social Security numbers, UHM does not believe that Plaintiffs' personal information is the type of information that necessitates being filed under seal or redacted. However, out of an abundance of caution, UHM respectfully requests the Court allow UHM to preliminarily file the Hart Report under seal so that Plaintiffs have an opportunity to move to permanently seal the Report if they so desire.

Respectfully submitted,


*s/ Laura E. Kogan*
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

LAURA E. KOGAN (0087453)
CAROLINE R. HAMILTON (0100390)
HANNAH LAUBACH (0104600)
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  lkogan@beneschlaw.com
            chamilton@beneschlaw.com
            hlaubach@beneschlaw.com

MICHAEL A. VATIS (2258655)
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone:  646.593.7050
Facsimile:  646.755.3397
Email:  mvatis@beneschlaw.com

*Attorneys for Defendant*
*Union Home Mortgage Corp.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 18th day of December 2025, the foregoing was filed electronically and served upon all counsel of record via the Court ECF electronic filing system.

*/s/ Laura E. Kogan*
Laura E. Kogan