IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| *In re Union Home Mortgage Corp. Data Breach Litigation* | ) CASE NO. 1:25-CV-1874 <br> ) <br> ) JUDGE OLIVER <br> ) <br> ) <br> ) **DEFENDANT UNION HOME** <br> ) **MORTGAGE CORP.'S MOTION** <br> ) **TO DISMISS** <br> ) <br> ) **Hearing Requested** <br> ) |

Defendant Union Home Mortgage Corp. ("UHM") files this Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

As detailed in UHM's Memorandum in Support of its Motion to Dismiss, filed herewith, Plaintiffs lack Article III standing to pursue their claims, and the Court therefore lacks subject matter jurisdiction. Plaintiffs also fail to state a claim upon which relief can be granted. Plaintiffs' claims therefore should be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Respectfully submitted,

*/s/ Laura E. Kogan*
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

LAURA E. KOGAN (0087453)
CAROLINE R. HAMILTON (0100390)
HANNAH LAUBACH (0104600)
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  lkogan@beneschlaw.com
           chamilton@beneschlaw.com
           hlaubach@beneschlaw.com

MICHAEL A. VATIS (2258655)
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone:  646.593.7050
Facsimile:  646.755.3397
Email:  mvatis@beneschlaw.com

*Attorneys for Defendant*
*Union Home Mortgage Corp.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 18, 2025 a copy of the foregoing *Defendant Union Home Mortgage Corp.'s Motion to Dismiss* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                                         */s/ Laura E. Kogan*
                                                                                       Laura E. Kogan

                                                                                  *One of the attorneys for Defendant Union Home Mortgage Corp.*