EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| *In re Union Home Mortgage Corp. Data Breach Litigation* | ) CASE NO. 1:25-CV-1874 <br> ) <br> ) **DECLARATION OF MICHAEL A.** <br> ) **VATIS** <br> ) <br> ) <br> ) |

I, Michael A. Vatis, hereby declare as follows:

1.     I am over the age of 18 and am competent to make this Declaration. I submit this Declaration in support of Defendant Union Home Mortgage, Corp.'s ("UHM") Motion to Dismiss.

2.     I am an attorney at the firm Benesch, Friedlander, Coplan & Aronoff, LLP. I make this declaration based on my personal knowledge, and documentation reviewed, drafted or filed by me in the ordinary course of my duties.

3.     I represent Defendant Union Home Mortgage Corp. ("UHM") in the above captioned case.

4.     Attached hereto as **Exhibit A** is a true and correct copy of UHM's privacy policy.

5.     Attached hereto as **Exhibit B** is a true and correct copy of the pre-suit CCPA notice letter from counsel for Plaintiff Francis Peters, dated October 21, 2025.

6.     Attached hereto as **Exhibit C** is a true and correct copy of UHM's CCPA response letter, sent by the undersigned and dated November 20, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2025.

/s/ Michael A. Vatis

Michael A. Vatis

# EXHIBIT A

Privacy Policy

FIND A LOAN OFFICER

MY ACCOUNT

# Privacy Policy

## Last updated August 2024

## PRIVACY & SECURITY POLICIES, LEGAL NOTICE & TERMS OF USE

Union Home Mortgage Corp is dedicated to respecting and protecting the privacy of those who visit and transact with our website. When we collect information from you, at your discretion, our commitment to fair information practices is to protect you. By using our website, you are consenting to the use of information and agreeing to these guidelines and the other Union Home Mortgage Corp policies described on our website. Union Home Mortgage Corp does not share your personal information with outside companies for their promotional use. We don't knowingly attempt to solicit or receive any information from children.

We take our clients financial privacy very seriously. During the course of processing your application, we accumulate non-public personal financial information from you and from other sources about your income, your assets, and your credit history in order to allow a lender to make an informed decision about granting you credit. We restrict access to nonpublic personal information about you to those employees who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information. We collect nonpublic information about you from the following sources: (i) information we receive from you on applications or other forms; (ii) information about your transactions with us, or affiliates, or others; and (iii) information we receive from a consumer reporting agency. We do not disclose any nonpublic information about our customers or former customers to any third party, except as permitted by law.

### INFORMATION COLLECTION

In order to provide you with the exact information you are inquiring about on our website we may request information from you when you visit. We do not share your personal information with outside companies for their promotional use. To opt out of any emails from Union Home Mortgage simply email **optout@uhm.com**. If you decide to transact with Union Home Mortgage we may supply the information you provide, on a strictly confidential basis, to service providers, such as title companies, appraisers, credit reporting services, etc., who assist us in qualifying, processing, closing and servicing your loan.

**Credit Report:** By submitting a loan application or a request to prequalify, you authorize us to share your credit report with our affiliates only to process your loan application.

**Newsletters:** We provide you with the opportunity to subscribe to email newsletters and other email communications. You may unsubscribe by following the instructions provided in each Email newsletter.

**Interactive Help (Chat / PC to Phone):** You may initiate an online interactive discussion via chat. We do not ask for any personally identifiable information to use this service; if you volunteer personally identifiable information, it will only be used to respond to your request. We maintain transcripts of all chat sessions.

**Register for an Account for Online or Mobile Applications:** If you register for an online account through our online or mobile application to track your loan application and/or manage your loan, we will collect information such as last name, username and password, email address, and phone number. Additionally, if you use a third party website, such as Google, to register or log into our online or mobile applications, we will have access to information that is made available by that website.

## PROTECTING YOUR PERSONALLY IDENTIFIABLE INFORMATION

We employ industry recognized security safeguards to help protect the personally identifiable information that you have provided to us from loss, misuse, or unauthorized alteration. To protect you we have deployed modern encryption protocols with industry accepted cipher strengths.

## USING WEB TECHNOLOGY TO CUSTOMIZE YOUR EXPERIENCE ON UNIONHOMEMORTGAGE.COM

Cookies: The Union Home Mortgage website supplies your browser with cookies that contain a unique identifier used to better understand website usage in the aggregate and on an individual level, so we know what areas of our site users prefer (e.g., based on the number of visits to those areas). If you are a registered member, you will receive a cookie when you login. This cookie is maintained by your browser and contains your identifier. This cookie is also used to authenticate your identity and provide you with access to areas of our website that are limited to registered members, such as those that allow you to view and manage your personal profile.

Website Usage Data: Our website tracks usage data, including, for example, your IP address, your browser type and version, which pages you view, which page, if any, linked you to our site, and which link, if any, you follow off of our site. We use this data in the aggregate and on an individual level to better understand website activity to improve our site offerings, to reconstruct activity from a session or by a user, for troubleshooting and issue resolution purposes.

Social Media: Union Home Mortgage currently has presence on social media to connect with and market to the public. Your activity on third-party websites is governed by the security and privacy policies of each third-party website. Users of third-party websites often share information with the general public, user community, and/or the third-party operating the third-party website, which may use this information in a variety of ways. Consequently, you should review the privacy policies of the third-party website before using it and ensure that you understand how this information may be used.

## EMAIL

Email is an effective means of communicating a message with our customers. However, due to its brief and informal nature, Email may not accurately represent the entire or final disposition of a matter or the official business records of the Company. In most instances, communications on a particular matter are exchanged through multiple channels such as through emails, faxes, voicemails, letters, instant messages, telephone, and in person. Indeed, communications on a particular matter may be exchanged through multiple channels.

Unless there is explicit and specific language and disclosures to the contrary, Emails from our Company do not contain or constitute an electronic signature, even if the sender's name appears in the Email. Email communications are not intended to be construed against the Company as an interest rate lock, an unconditional loan commitment, an unconditional loan approval, unconditional pre-qualification, unconditional pre-approval, or any other unconditional offer or agreement to lend. Such documents and agreements are generally sent to clients in formal signed writings from the Company.

## CONFIDENTIAL INFORMATION

Emails sent by our Team Members are confidential (and all attachments to such Emails are confidential) and are to be reviewed and/or disclosed to only the individual or entity to which they are addressed and intended. If you received an Email in error or if it was improperly forwarded to you, the information contained in the Email should, at all times, remain confidential and such circumstances shall not authorize you to use or disclose the confidential information. Please notify the sender immediately by telephone or email and delete or destroy the original and any copies.

## MONITORING OF EMAILS

All Emails sent to or from our Team Members may be forwarded, monitored, and/or reviewed by others within our Company other than the designated recipient/sender with or without notice to the designated recipient/sender. We may also record or monitor other forms of communications you have with us via the website, PC-talk, chat, Email, and telephone. By using such communication methods, you are consenting to the recording or monitoring of the same.

## UNSECURED TRANSMISSIONS

You should be aware that regular Email is typically sent via the Internet, which is an open network. While certain designated areas within our websites employ technologies to secure your data and the transmissions between you and our Company, general Email uses the Internet which is an open system and we cannot provide absolute assurances that all Email transmissions (sent or received) are secure, error free, not corrupted, incomplete or virus free and/or that they won't be lost, delivered wrong, destroyed, delayed, or intercepted/decrypted by others.

## GOVERNING LAW

In receiving and opening this Email, you agree that the Terms and Conditions stated herein shall apply to you and are incorporated by reference into the Company's Email, and that any disputes pertaining to this Email shall be governed by and construed in accordance with the laws of the State of Ohio, without giving effect to any principles of conflicts of law. You agree that any action at law or in equity arising out of or relating to these Terms and Conditions may only be filed only in the state or federal courts located in Ohio.

## OPT-OUT

This Email may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. If you do not wish to receive advertising and promotional messages from Union Home Mortgage please send an email to **optout@uhm.com**

---

# TERMS OF USE

## WEBSITE OWNERSHIP

This website is owned and operated by Union Home Mortgage Corp, 8241 Dow Circle Strongsville, OH 44136, which is referred to below as "we" or "us" or "Company" or "our."

## PERMITTED USE

You agree that:

Your use of this website is subject to and governed by these Terms of Use,
You will only access or use this website and transact business with us if you are at least 18 years old,

You will comply with and be bound by these Terms of Use as they appear on this website each time you access and use this website,

Each use of this website by you indicates and confirms your assent to an agreement to be bound by these Terms of Use, and

These Terms of Use are a legally binding agreement between you and Union Home Mortgage that will be enforceable against you.

### ACCESS TO THIS WEBSITE

Union Home Mortgage reserves the right at all times, in its sole discretion and without notice to you, to deny your access to and use of this website.

### USE OF THIS WEBSITE

You agree and acknowledge that you have the sole responsibility and liability for your use of this website and for providing or obtaining, and for maintaining, all of the hardware, software, electrical power, telecommunications, Internet services, and other products or services necessary or desirable for you to access and use this website.

### INTELLECTUAL PROPERTY RIGHTS

Everything appearing on this website is the sole intellectual property of Union Home Mortgage.

### LINK TO THIRD PARTY SITES

During your use of this website or at any time in the process, you may be led to other web sites operated by unaffiliated parties. Inclusion of hyperlinks by Union Home Mortgage to web sites does not imply any endorsement of the material on such web sites or any association with their operators, and you access and use such sites, including information, material, products and services therein, solely at your own risk. Union Home Mortgage is not responsible for the quality of results, or any product or service provided by these companies. As with all websites and all services, you should review the products and services carefully. Never give private information to any party or website or person without investigating the use of the information. Union Home Mortgage is not responsible for the use of the information that you give to any third parties.

### LIMITATION OF LIABILITY

YOU AGREE THAT UNDER NO CIRCUMSTANCES WILL UNION HOME MORTGAGE CORP. BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DAMAGES OR INJURY, INCLUDING ANY DIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES OR ANY DAMAGES OR INJURY CAUSED BY ERROR, INACCURACY, OMISSION, INTERRUPTION, DEFECT, FAILURE OR PERFORMANCE, DELAY IN OPERATION OR TRANSMISSION, TELECOMMUNICATIONS FAILURE OR COMPUTER VIRUS OR OTHER PROBLEM, THAT MAY RESULT FROM THE USE OF, OR THE INABILITY TO USE, THIS WEBSITE OR THE WEB PAGE CONTENT ON OR AVAILABLE THROUGH THIS WEBSITE, WHETHER IN AN ACTION ALLEGING BREACH OF CONTRACT, NEGLIGENCE OR ANY OTHER CAUSE OF ACTION, OR ARISING OUT OF OR IN CONNECTION WITH THE USE OF PERFORMANCE OF ANY WEB PAGE CONTENT ON OR AVAILABLE THROUGH THIS WEBSITE.

### CONTACT US AT ANY TIME

Questions regarding the unionhomemortgage.com privacy or security statements or our policies should be should be sent to email at **webhelp@uhm.com**.

### CHANGES TO THESE POLICIES

Union Home Mortgage Corp. does not share consumer personal information with any third party for promotional use. Prior to any change to this policy, UHM will review all pertinent Federal and state regulations regarding such information sharing. By law, some states require that consumers be able to "Opt-Out" of such information sharing practices, and some states prohibit information sharing practices unless consumers "Opt-In" to allow their information to be shared. UHM will make any future changes to our information sharing practices in full compliance with all applicable Federal and state laws and regulations.

If UHM makes changes to any of its privacy policies, UHM reserves the right to make the changes directly to unionhomemortgage.com and UHM will notify its customers at least 30 days before the changes take effect







800-767-4684

NMLS #2229, NMLS Consumer Access website: www.nmlsconsumeraccess.org. We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.

Loans made or arranged pursuant to a California Finance Lenders Law license.

This site is not authorized by the New York State Department of Financial Services. No mortgage loan applications for properties located in the state of New York will be accepted through this site.

COMPANY

LOAN PRODUCTS

TOOLS & RESOURCES

   

Copyright © Union Home Mortgage Corp. 2025 // 8241 Dow Circle West, Strongsville, Ohio 44136



Privacy Policy

# EXHIBIT B



**MARKOVITS
STOCK
DeMARCO**

Spencer D. Campbell
Attorney

October 21, 2025

Union Home Mortgage Corp.
Attn: Ann Aber, Chief Legal Officer
8241 Dow Circle West
Strongsville, Ohio 44136

### Re:     **Francis Peters: California Consumer Privacy Act Notice**

Dear Ms. Aber:

Please be advised that this firm represents Francis Peters ("Plaintiff"), on whose behalf we are sending this letter pursuant to California Civil Code § 1798.150(b), in order to notify Union Home Mortgage Corp. ("UHM") of the nature of his claim and to demand curative actions.

While Plaintiff was a California resident, he received a notice stating that his personal identifying information ("PII"), including his full name and Social Security number, was compromised as a result of UHM's inadequate data security, causing unauthorized access to his PII.

Consequently, Plaintiff intends to pursue a claim against UHM for its violation of Cal. Civ. Code § 1798.100, *et seq.* (the "California Consumer Privacy Act" or "CCPA") on behalf of himself and all other similarly situated individuals. Plaintiff intends to seek statutory damages pursuant to the CCPA unless UHM agrees, within 30 days, to take all the corrective actions demanded herein.

Plaintiff hereby notifies UHM that its conduct, in connection with the exposure of and unauthorized access to certain individuals' sensitive PII ("Data Breach") constitutes a violation of the CCPA. Specifically, Plaintiffs alleges that UHM violated Cal. Civ. Code § 1798.150(a)(1) due to the following:

a.      UHM violated its duty to implement and maintain reasonable security procedures and practices appropriate to protect the highly sensitive information it stored;

b.      As a result of that failure, Plaintiff's and other class members' non-encrypted and nonredacted personal information was subject to unauthorized access and exfiltration, theft, or disclosure; and,

c.      The impacted information is "personal information" within the definition of the CCPA because it includes Plaintiff's and other class members' first and last names, Social Security numbers, loan number, driver's license or government-issued ID card number, and/or date of birth.

October 20, 2025
Page **2** of **2**

Plaintiff asserts that he and the California Subclass have suffered damages as a direct and proximate result of UHM's conduct in connection with the Data Breach.

Pursuant to Cal. Civ. Code § 1798.150(b), Plaintiff, on behalf of himself and a proposed California Subclass, hereby demands that UHM immediately correct and rectify its violations of Cal. Civ. Code § 1798.100, *et seq.* Specifically, Plaintiff demands that UHM undertake all the following actions to satisfy the requirements of Cal. Civ. Code §§ 1798.100, *et seq.* and:

1. Immediately identify or make a reasonable attempt to identify all persons whose sensitive, personal data was exposed through the Data Breach;

2. Immediately notify Plaintiff and the California Subclass and provide an appropriate remedy for UHM's wrongful actions, including payment for all damages, interests, costs, and fees to Plaintiff and the California Subclass resulting from the Data Breach; and,

3. Immediately remedy all security deficiencies which lead to the Data Breach, and implement the necessary procedures and oversight to actively protect the sensitive, personal data that UHM maintains.

If UHM refuses to perform any of the above actions immediately, UHM should state why the item cannot be done immediately and promise to undertake such action within a reasonable time. Plaintiff intends to amend his complaint to seek statutory damages, actual damages, punitive damages, and any other damages or remedies permitted under the CCPA, if UHM does not provide a full and adequate response to this letter showing compliance with Cal. Civ. Code § 1798.100, *et. seq.*, within 30 days.

Should you have any questions regarding this matter or wish to discuss or resolve Plaintiff's and the California Subclass' claims, please contact me through counsel.

Sincerely,

*/s/ Spencer D. Campbell*

Spencer D. Campbell, Esq.
Markovits, Stock & DeMarco LLC

# EXHIBIT C

**Benesch**

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.328.0494
Fax: 646.755.3397
mvatis@beneschlaw.com

November 20, 2025

**VIA EMAIL: SCAMPBELL@MSDLEGAL.COM**
**VIA FIRST CLASS MAIL**

Markovits, Stock & DeMarco LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Attn.: Spencer D. Campbell, Esq.

  Re:  **Response to Francis Peters: California Consumer Privacy Act Notice**

Dear Mr. Campbell,

  We represent Union Home Mortgage Corporation ("UHM"), and are in receipt of your letter dated October 21, 2025 regarding "Francis Peters: California Consumer Privacy Act Notice." We are hereby providing you with UHM's written response.

  First, your client(s) initiated an action against UHM on November 3, 2025, which is at most only 13 days after you allegedly sent your CCPA notice. But, in order to bring an action for statutory damages, a consumer must provide a business "30 days' written notice" of the alleged CCPA violations "prior to initiating any action against a business for statutory damages." Cal. Civ. Code 1798.150(b). Even if you intend to amend your complaint, the fact remains that your client(s) "initiat[ed]" the action against UHM without providing the requisite 30 days' notice. Accordingly, your clients are foreclosed from seeking statutory damages under the CCPA.

  Second, your letter does not constitute notice of any CCPA violations by UHM, as is required for a consumer to initiate an action against a business for statutory damages. The CCPA requires that the written notice "identify[] the specific provisions of this title the consumer alleges have been or are being violated." Cal. Civ. Code 1798.150(b). Your letter does not identify the specific provision that you allege UHM violated, but cites only Cal. Civ. Code 1798.150(a)(1). This section does not impose any substantive duty on a business. Rather, it simply establishes a private right of action for violation of a duty created *elsewhere* in the CCPA. Since your purported notice fails to identify the section of the CCPA establishing a duty to implement and maintain reasonable security procedures and practices, it does not provide the notice required by the CCPA in order to sue for statutory damages.

  Third, even if your letter had complied with the CCPA's requirements for a 30 days' written notice of the specific provisions of the statute that you claim UHM violated, UHM has cured any possible violations of the CCPA and states that no further violations shall occur. (UHM believes that it implemented and maintained reasonable security procedures and practices to protect personal information before the data breach, and so did not violate the CCPA or any other law or duty. But to the extent you or others allege a violation, any potential violation has been cured, as discussed below.)

Spencer D. Campbell, Esq,
November 20, 2025
Page 2

Specifically, your letter refers to a notice Mr. Peters received from UHM concerning a data breach that resulted in unauthorized access to his personal information, which you contend was due to UHM's violation of its duty to implement and maintain reasonable security procedures and practices. This data breach resulted from a UHM employee's accessing a legitimate third-party business website on which a ransomware group had managed to implant malicious software. This software caused the employee's browser to allow a malicious script to install and run malware on the employee's computer. The ransomware group was then able to compromise other UHM employees' accounts, install ransomware that encrypted parts of UHM's network, and exfiltrate data, including personal information of some UHM customers, employees, and others. The ransomware group then threatened to release the stolen data if UHM did not pay a ransom.

Following the breach, UHM implemented additional measures to prevent such malicious actions in the future, including: web filtering to prevent malware from being downloaded from websites; enhanced endpoint detection and response capability to detect and respond to malware and other cyber threats at network endpoints; improved tools for real-time detection and prevention of attempts to compromise user accounts; and additional tools and measures to detect and prevent unauthorized exfiltration of data. These measures went beyond implementation and maintenance of reasonable security procedures and practices and specifically addressed the means by which the ransomware group effected the breach.

In addition, in order to prevent any harm to individuals whose personal information had been stolen, UHM paid the ransom demanded by the ransomware group as a condition of securely deleting the stolen data. The ransomware group then confirmed that the data had been deleted, and provided logs proving the deletion. In addition, UHM has employed a reputable investigative firm to monitor for any signs that UHM's stolen data has been posted on the dark web, where stolen data is typically sold and traded by bad actors; no sign of the UHM data has been detected.

Finally, UHM notified affected individuals of the breach, and provided instruction on how to place a security freeze on their credit reports, if they so desired, and how to obtain a copy of their credit report to determine whether any unauthorized credit had been acquired using their personal information. UHM also offered affected individuals 2 years of credit monitoring services at no charge.

Thus, to the extent you allege that UHM has violated the CCPA (which UHM disputes), any such alleged violation has been cured and no further violations shall occur.

Very truly yours,

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

Michael A. Vatis

MAV:pp



**Benesch**

1155 6th Avenue, 26th Floor
New York, NY 10036



quadient
FIRST-CLASS MAIL
IMI
$000.74 ⁰
11/20/2025  ZIP 10036
043M31251061

US POSTAGE

Markovits, Stock & DeMarco LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Attn.: Spencer D. Campbell, Esq.