# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| *In re Union Home Mortgage Corp. Data Breach Litigation* | Case No. 1:25-CV-1874 |
|  | Judge Solomon Oliver, Jr |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Civil Local Rule 83.5(h), I, Jeffrey S. Goldenberg, admitted to practice before this Court and having made my appearance in this action, respectfully move for the admission pro hac vice of attorney Charles E. Schaffer as counsel for the Plaintiff Victor DeMarco and the proposed class. Attorney Schaffer is a member in good standing of the bar of the Commonwealth of Pennsylvania.

In support of Attorney Schaffer's application, I state the following:

1. Attorney Schaffer's contact information is as follows:

   Charles E. Schaffer
   LEVIN, SEDRAN & BERMAN LLP
   510 Walnut Street, Suite 500
   Philadelphia, PA 19106
   Phone: (215) 592-1500
   Facsimile: (215) 592-4663
   cschaffer@lfsblaw.com

2. As set forth in the Declaration of Charles E. Schaffer attached hereto, Mr. Schaffer is a member in good standing of the bar of the Commonwealth of Pennsylvania. He was admitted to the bar of the Commonwealth of Pennsylvania on 11/27/1995 (attorney registration number is #76259).

3. According to Mr. Schaffer's Declaration, he has never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the

United States and has never received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Date: January 13, 2026

Respectfully submitted,

*/s/Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg (0063771)
GOLDENBERG SCHNEIDER, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

*Counsel for Plaintiff Victor DiMarco*
*and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 13, 2026, the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg (0063771)