# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

*In re Union Home Mortgage Corp. Data Breach Litigation*

Case No. 1:25-CV-1874

Judge Solomon Oliver, Jr

## DECLARATION OF CHARLES E. SCHAFFER
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, I, Charles E. Schaffer, declare as follows:

1.      I am a partner at the law firm of Levin, Sedran & Berman, which is co-counsel for Victor DiMarco, a plaintiff in the above-captioned action.

2.      I submit this declaration in support of my application for admission pro hac vice to the U.S. District Court for the Northern District of Ohio (filed concurrently herewith).

3.      The facts set forth in this declaration are based upon my personal knowledge, and I could competently testify to them if called upon to do so.

4.      I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

5.      I was admitted to the bar of the Commonwealth of Pennsylvania on 11/27/1995, and my Pennsylvania bar number is #76259.

6.      I am a member in good standing of the U.S. Court of Appeals for the 3rd, 6th, and 9th Circuits.

7.  I am a member in good standing of the U.S. District Courts for the USDC of Eastern District of PA, USDC of Central District of IL, USDC of Northern District of IL, USDC of Middle District of PA, USDC of Northern District of NY, USDC of  District of CO, USDC of Western District of PA, USDC of  Eastern District of WI, USDC of   Eastern MI, and

USDC of Southern District of TX.

8.   I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States and have never received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 12, 2026, at Philadelphia, Pennsylvania.

By: */s/Charles E. Schaffer*
Charles E. Schaffer