**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ***In re Union Home Mortgage Corp. Data Breach Litigation*** | CASE NO. 1:25-cv-01874 |
| | JUDGE SOLOMON OLIVER JR. |
| | **MOTION TO WITHDRAW AS COUNSEL** |

Now comes Patrick J. Perotti, counsel for Plaintiff Victor DiMarco, and moves the court

for permission to withdraw as counsel for Plaintiff DiMarco. As grounds for the Motion,

attorneys Patrick J. Brickman and Frank A. Bartela, formerly of Dworken & Bernstein, have

moved their practice, including this case, to Tycko & Zavareei. Patrick Brickman and Frank

Bartela of Tycko & Zavareei, Jeffrey S. Goldenberg of Goldenberg Schneider, L.P.A., and

Charles E. Schaffer of Levin, Sedran & Berman LLP will remain as Counsel for Plaintiff

DiMarco and the Putative Class.

WHEREFORE, the undersigned prays that the within Motion be granted.

Respectfully submitted,

/s/ *Patrick J. Perotti*

Patrick J. Perotti, Esq. (#0005481)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391 // (440) 352-3469 Fax
Email: *pperotti@dworkenlaw.com*

*One of Attorneys for Plaintiff Victor DiMarco*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2026, a true and accurate copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Patrick J. Perotti*

Patrick J. Perotti, Esq. (#0005481)
DWORKEN & BERNSTEIN CO., L.P.A.

*One of the Attorneys for Plaintiff Victor DiMarco*