**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ***In re Union Home Mortgage Corp. Data Breach Litigation***, | Case No.1:25-cv-01874 |
| | Judge Solomon Oliver, Jr. |
| | **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiffs respectfully give notice of supplemental authority relevant to the motion to dismiss that Defendant filed on December 18, 2025. Plaintiffs filed their memorandum in opposition on January 20, 2026, and Defendant filed a reply in support on February 19, 2026.

On May 5, 2026, the United States District Court for the Northern District of Ohio issued an opinion and order denying in substantial part a motion to dismiss a data breach action. *See Munger v. Matco Tools Corp.*, No. 5:23-cv-00337, 2026 WL 1223399 (N.D. Ohio May 5, 2026). The court held that the plaintiffs alleged injuries sufficient to confer Article III standing and that they adequately stated claims for negligence, breach of implied contract, unjust enrichment, and declaratory judgment.

The *Matco* decision squarely addresses and persuasively rejects many of the same arguments Defendant advances here. This Court should follow *Matco* and deny Defendant's motion to dismiss.

Dated: May 19, 2026

Respectfully submitted,

*/s/Terence R. Coates*
Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**

1

119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*

*Interim Class Counsel for Plaintiffs and the
Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, I caused the foregoing to be served upon counsel of record for all parties by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Terence R. Coates*
Terence R. Coates (0085579)

2