**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| *In re Union Home Mortgage Corp. Data Breach Litigation* | ) CASE NO. 1:25-CV-1874 |
| | ) |
| | ) JUDGE OLIVER |
| | ) |
| | ) **MOTION FOR LEAVE TO FILE** |
| | ) **SUPPLEMENTAL EXHIBIT IN** |
| | ) **SUPPORT OF MOTION TO DISMISS** |

Defendant Union Home Mortgage Corp. ("UHM") respectfully seeks leave to file a supplemental exhibit in support of its Motion to Dismiss which is attached hereto as Exhibit 4.

On December 18, 2025, UHM filed a Motion to Dismiss that includes a factual challenge to Plaintiffs' Article III standing.  In support of that challenge, UHM presented, among other evidence, the expert report of Adam Hart (ECF 17). As part of that report, Mr. Hart opined on the modus operandi ("MO") of the Qilin ransomware group responsible for the data security incident that gave rise to this case.  Hart also detailed the Internet searches he performed to determine whether any data related to the ransomware incident had been posted to the "dark web." Hart concluded that, as of December 18, 2025, there was no evidence that the data taken during the ransomware incident is still in existence or that the information was ever posted by the threat actors or any other party.

In July 2026, UHM asked Hart to perform a supplemental search for data related to the ransomware event. Hart performed his supplemental investigation between July 17, 2026 and August 6, 2026 and reported his findings in a Supplemental Expert Report dated August 6, 2026. In the Report, Hart states that he maintains his opinion that Qilin has a consistent MO, part of which is "to delete a victim businesses' stolen data once they are paid the agreed-upon ransom." Ex. 4, Supplemental Expert Report of Adam Hart, at 1. He also concludes that, as of August 6, 2026, there is "no evidence that the data taken during the incident is still in existence outside of

UHM's own systems or that the information was ever posted by the threat actors or any other party." Ex. 4 at 3.

The Supplemental Hart Report offers further evidence that Plaintiffs lack standing because they have not suffered any actual or imminent injury in fact. It was prepared to update information contained in the original report, which was prepared over 6 months ago.

Good cause exists to allow UHM to file the Supplemental Hart Report because it provides an update to factual information previously provided to the Court. Wherefore, UHM respectfully requests that the Court grant UHM leave to file Exhibit 4 as a supplemental exhibit in support of its Motion to Dismiss.

Respectfully submitted,

*s/ Michael A. Vatis*
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
Laura E. Kogan (0087453)
Caroline R. Hamilton (0100390)
Hannah Laubach (0104600)
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: lkogan@beneschlaw.com
chamilton@beneschlaw.com
hlaubach@beneschlaw.com

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone: 646.593.7050
Facsimile: 646.755.3397
Email: mvatis@beneschlaw.com

*Attorneys for Defendant*
*Union Home Mortgage Corp.*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 7, 2026, I served the foregoing upon counsel of record for all parties by filing it with the Court's electronic filing system.

*/s/ Michael A. Vatis*
Michael A. Vatis