# EXHIBIT 4

**EXPERT REPORT OF ADAM HART**

UNITED STATES DISTRICT COURT             Case No. 1:25-cv-01874
NORTHERN DISTRICT OF OHIO

In re UNION HOME MORTGAGE DATA
BREACH LITIGATION                  **SUPPLEMENTAL EXPERT REPORT OF
ADAM HART**

## I. BACKGROUND

1. I am a Vice President in the Forensic Services Practice at Charles River Associates, Inc. ("CRA"). CRA was retained by Benesch Friedlander Coplan & Aronoff LLP ("Counsel") on behalf of their client, Union Home Mortgage ("UHM" or "Defendant"), in connection with an investigation relating to a ransomware incident affecting UHM May 27, 2025, to June 26, 2025 ("the Incident"). I previously submitted a report on December 18, 2025, ("Expert Report of Adam Hart") that set forth my credentials, the work my team did in investigating the ransomware event affecting UHM.

2. The purpose of this report is to provide updated findings on my darkweb research into the Qilin ransomware event affecting UHM and whether any information was found on the darkweb.

## II. OPINIONS

3. A summary of the opinions I would offer if called upon to testify follows:

4. I continue to maintain my opinion that Qilin threat actors have a consistent MO, in which they utilize encryption to lock up victims' data and steal data to extort ransom payments from businesses. It is also part of Qilin's MO to delete a victim businesses' stolen data once they are paid the agreed-upon ransom.

5. After conducting another investigation between July 17, 2026, to August 6, 2026, I found no information related to UHM's Qilin ransomware Incident has been posted on the Qilin

**EXPERT REPORT OF ADAM HART**

leak site or other major ransomware sites. Additional searches of dark web postings through threat intelligence tools and manual review have yielded no evidence of data related to the UHM Qilin ransomware event being posted to date.

6. My methodology to conduct these searches involved the continued monitoring of the Qilin ransomware group leak site, which remains accessible at the URL ijzn3sicrcy7guixkzjkib4ukbiilwc3xhnmby4mcbccnsd7j2rekvqd[.]onion.

7.  I reviewed the live site and there has been no reference to UHM or its current or former customers or employees as of the date of this report.

8. Ransomware leak sites, including Qilin's, are also constantly being scraped for their postings. In a case where a business has its data posted and then the data is taken down, it is captured by threat intelligence tools and data aggregators. As part of my analysis, I reviewed the ransomware data aggregation tools ransomware.live and ransomlook.io to search across historical data of companies posted on ransomware leak sites. Additionally, I leveraged the threat intelligence platforms Cybersixgill and Darkside[1] to conduct historical searches across multiple leaks sites and forms. None of these sites contained evidence referencing UHM or the Incident.

9. I also conducted manual searches and queries through the threat intelligence tool Cybersixgill for postings on dark web forums that Qilin ransomware threat actors are known to post and I observed no evidence of postings related to the UHM ransomware Incident.

---

[1] https://portal.district4labs.net/

**EXPERT REPORT OF ADAM HART**

### III.  CONCLUSION

1.	As of today's date, I maintain the opinion that current threat intelligence searches for the data from the UHM Qilin incident revealed no evidence that the data taken during the incident is still in existence outside of UHM's own systems or that the information was ever posted by the threat actors or any other party. Although there is no way to prove whether the data was truly deleted by the threat actor, the Plaintiffs' claims of increased risk to their personal information due to the Incident are not substantiated by evidence.

DATED: August 6, 2026

_____

Adam Hart