**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE UNION HOME MORTGAGE CORP. DATA BREACH LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO. 1:25-cv-1874<br><br>JUDGE SOLOMON OLIVER<br><br>REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND LR 16.3(b) and 23.1<br>(For Use in Putative Class Actions) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b) and 23.1, a meeting was held on November 4, 2026, and was attended by:

Terence R. Coates, Counsel for plaintiff(s) Jed Judd, Mason Fink, Victor DiMarco, Francis Peters, Jeremy McMullen, Jacquelyne Washington, Josiah Florczykowski, Barry Contee, Michael Eils, Ikaika San Nicolas, Dillon Dowell, Charles Burrows, Codey Christopherson, and Tawna Whigham.

Michael A. Vatis, Laura E. Kogan, and Caroline Hamilton, Counsel for defendant Union Home Mortgage Corp.

2. The Parties:

______ have exchanged the pre-discovery disclosures required by Rule 26(a)(1);

__X__ will exchange such disclosures by **January 15, 2027**;

_____ object that initial disclosures are not appropriate in this action.

3. The Parties recommend the following track:

______ Expedited ______Standard __X__ Complex

______ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

______ Early Neutral Evaluation __X__ Mediation ______Arbitration

______ Summary Jury Trial ______Summary Bench Trial

______Case not suitable for ADR

The Parties intend to focus on scheduling and conducting a private mediation in the next 90 days to determine whether this case is currently suitable for resolution. Accordingly, the Parties are building in 90 days at the beginning of their proposed dates to evaluate settlement.

5. Recommended cut-off date for amending the pleadings (including proposed class definition) and/or adding additional parties: **January 15, 2027**.

6. The Parties ____________do/______X_____do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Electronically Stored Information. The Parties: (indicate one):

_____ agree that there will be no discovery of electronically-stored information; or

__X__ have agreed to a method for conducting discovery of electronically-stored information; or

_____ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District of Ohio Local Rules).

8. Recommended Case Management Plan:

- ☐ Discovery relevant to appropriateness of certification of the proposed class be completed by: **January 18, 2028**, including:

  Plaintiffs' depositions by: **June 18, 2027**

  Defendant's 30(b) depositions by: **June 18, 2027**

  Plaintiffs' expert reports by: **September 13, 2027**

  Defendant's expert reports by: **December 18, 2027**

- ☐ Plaintiffs' motion for class certification to be filed by **September 13, 2027**.

- ☐ Defendant's opposition to motion for class certification to be filed by: **December 18, 2027**.

9. All other non-expert discovery to be completed by: **The Parties recommend that the Court set a telephonic status conference roughly 30 days after the Court's decision on Plaintiffs' potential motion for class certification to establish the remainder of the case schedule.**

10. All other expert discovery to be completed by: **See No. 9 above**.

    Expert report(s) by party initially seeking to introduce expert testimony recommended due date:__________

    Responsive expert report(s) due date:__________

11. Recommended dispositive motion date, if any: **See No. 9 above**.

12. Recommended date for a Status Hearing: **30 days after the Court's order on Plaintiffs' potential motion for class certification.**_

13. Other matters for the attention of the Court (e.g., stipulated protective orders; the timing and method of withholding information on the basis of claims of privilege or protected trial preparation materials, in compliance with Rule 26(b)(5)(A); proposed Rule 502 Orders, etc.):

    **The Parties will submit a proposed protective order and ESI protocol for the Court's consideration on or before February 12, 2027.**

Dated: November 4, 2026

Respectfully Submitted By:

*/s/ Terence R. Coates*
Attorney for Plaintiffs

*/s/ Michael Vatis*
Attorney for Defendant