UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE UNION HOME MORTGAGE CORP. DATA BREACH LITIGATION | ) | Case No.: 1:25 CV 1874 |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | CASE MANAGEMENT CONFERENCE ORDER |

A case management conference was held with counsel for the parties in the above-captioned case on November 5, 2026, at 11:00 a.m.

The parties do not consent to Magistrate Judge jurisdiction.

This case is assigned to the complex track.

The parties will exchange pre-discovery disclosures by January 15, 2027.

The parties have until January 18, 2028, to conduct discovery relevant to the appropriateness of certification of the proposed class, including Plaintiffs' depositions by June 18, 2027, Defendant's 30(b) depositions by June 18, 2027, Plaintiffs' expert reports by September 13, 2027, and Defendant's expert reports by December 18, 2027. Plaintiffs' motion for class certification shall be filed no later than September 13, 2027, and Defendant's opposition to such motion shall be filed no later than December 18, 2027.

After discussion with the parties, the court determined that the parties intend to schedule and conduct a private mediation in the next 90 days. Within 45 days, the parties shall notify the court

whether they have identified a private mediator, and if not, whether they would prefer that the court refer this case to Magistrate Judge Reuben J. Sheperd to conduct a mediation session. Further, the court intends to hold a telephonic status conference approximately 30 days after issuing an order on Plaintiffs' anticipated motion for class certification to set the remaining schedule for the case.

This case will automatically be entered into the court's electronic filing system and all further documents, notices and orders in this matter must be filed electronically rather than on paper. If you have any questions or need assistance, please call the court's Electronic Filing Help Desk at 1-800-355-8498.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 6, 2026