**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE UNION HOME MORTGAGE CORP. DATA BREACH LITIGATION | No. 1:25-CV-01874-SO |

**NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION**

**PLEASE TAKE NOTICE** that Amber Schubert, counsel for Plaintiffs Barry Contee, Ikaika San Nicolas, and Michael Eils ("Plaintiffs"), is no longer affiliated with Schubert Jonckheer & Kolbe LLP. Her updated contact information is as follows:

Amber L. Schubert (CA No. 278696)
**AWKO Law, LLP**
2193 Fillmore Street
San Francisco, CA 94115
Tel: 850.202.1010
aschubert@awkolawllp.com

Ms. Schubert remains counsel of record for Plaintiffs. All future notices and communications should be directed to her at the contact information above.

Dated: November 20, 2026

Respectfully Submitted,

*/s/ Amber L. Schubert*

Amber L. Schubert
**AWKO Law, LLP**
2193 Fillmore Street
San Francisco, CA 94115
Tel: 850.202.1010
aschubert@awkolawllp.com

Marc E. Dann (0039425)
Brian D. Flick (0081605)
**DANNLAW**
15000 Madison Avenue
Lakewood, OH 44107
Tel: (216) 373-0539

Fax: (216) 373-0536
notices@dannlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record of the filing.

*/s/ Amber L. Schubert*
Amber L. Schubert